## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JOHN A. BENNETT, M.D., et al.,     :
                                   :
          Plaintiffs,              :    CIVIL ACTION
                                   :
     v.                            :    No. 09-cv-1819
                                   :
ITOCHU INTERNATIONAL, INC., et al.,:
                                   :
          Defendants.              :
```

### Order

AND NOW, this 17th  day of August, 2009, upon consideration of Defendants' Motion to Transfer Venue (Doc. No. 6), Plaintiffs' Response in Opposition (Doc. No. 14), and Defendants Reply thereto (Doc. No. 16), for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is DENIED.

BY THIS COURT:


S/J. CURTIS JOYNER
J. CURTIS JOYNER, J.