IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BENNETT, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | No. 09-cv-1819 |
| ITOCHU INTERNATIONAL, INC., et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 25th day of January, 2010, upon consideration of Defendants' Motion to Dismiss Amended Complaint (Doc. No. 29), and responses thereto (Doc. Nos. 32, 34), it is hereby ordered that the Motion is GRANTED in part and DENIED in part. Counts I and IV of Plaintiffs' Complaint are DISMISSED. In all other aspects, Defendants' Motion to Dismiss Amended Complaint is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.