# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEVON ROBOTICS, LLC, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-cv-1819 |
| | : | |
| ITOCHU INTERNATIONAL, INC., et al., | : | CONSOLIDATED WITH |
| | : | |
| Defendants. | : | NO. 09-cv-4123 |

## ORDER

AND NOW, this 30th day of September, 2013, upon consideration of Defendants' Motion to Amend/Correct the Judgment (Doc. No. 169), Plaintiffs' Response in Opposition thereto (Doc. No. 178), Defendants' Reply in further support thereof (Doc. No. 180), and Defendants' (Doc. No. 186) and Plaintiffs' Supplemental Briefs (Doc. No. 187); as well as Plaintiffs' Motion to Amend Judgment (Doc. No. 170) and Defendants' Response thereto (Doc. No. 177). For the reasons set forth in this Memorandum, the Court hereby ORDERS as follows:

1. Plaintiffs' Motion to Amend Judgment (Doc. No. 170) is GRANTED as unopposed. It is hereby ORDERED that the ordering paragraph of the civil judgment entered on June 10, 2013 in Civil Case No. 2:09-cv-01819 (Docket No. 160) is amended as follows: "IT IS ORDERED that Judgment be and the same is entered in favor of Medsurg Specialty Devices, Inc. and against Devon Robotics, LLC in the amount of $726,510."

2. Prejudgment interest is hereby awarded to Medsurg Specialty Devices, Inc. in Civil Case No. 2:09-cv-01819 in the amount of 6% per annum, or $206,363.91.

3. It is FURTHER ORDERED that JUDGMENT be and the same is hereby entered in Civil Case No. 2:09-cv-04123 in favor of Plaintiffs and against Defendants in the following amounts: (1) $4,000,000.00 plus $1,973,110.90 in accrued interest as against Devon Robotics LLC; (2) $5,000,000.00 plus $1,824,444.20 in accrued interest jointly and severally as against Devon Robotics, LLC, Devon Health Services, Inc., and John A. Bennett, M.D..

4. Reasonable attorneys' fees and costs in the amount of $627,202.03 are awarded to Defendant ITOCHU International, Inc., jointly and severally as against Devon Robotics, LLC, Devon Health Services, Inc., and John A. Bennett, M.D. under the terms of the loan and Guaranty in Civil Case No. 2:09-cv-04123. Plaintiffs' request for oral argument on the same is DENIED.

It is further ORDERED that this Judgment is and shall be the final disposition of all claims and counterclaims in Civil Actions Nos. 2:09-cv-01819 and 2:09-cv-04123.

BY THE COURT:

s/J. Curtis Joyner  
J. CURTIS JOYNER, J.