IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ITOCHU INTERNATIONAL, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-cv-1819 |
| | : | |
| DEVON ROBOTICS, LLC, ET. AL., | : | CONSOLIDATED WITH |
| | : | |
| Defendants. | : | NO. 09-cv-4123 |

## ORDER

AND NOW, this 22nd day of May, 2014, upon consideration of ITOCHU INTERNATIONAL INC.'s Motion for Order Determining Ownership of Dr. John A. Bennett's Eight Vehicles (Case No. 9-4123, Doc. No. 251), Dr. John Bennett's Response in Opposition Thereto (Doc. No. 254), and ITOCHU INTERNATIONAL INC.'s Reply in Further Support Thereof (Doc. No. 255), it is hereby ORDERED that the Motion is GRANTED in part. Dr. John Bennett's request for a full evidentiary hearing on the Motion is DENIED.

The Court FINDS that the following vehicles are titled in the name of Judgment Debtor Dr. John Bennett, are the individual property of Judgment Debtor Dr. John Bennett, and are not entireties property:

(1) A 2005 Jeep Grand Cherokee, *see* Exhibit A to ITOCHU and Medsurg's Motion (Doc. No. 251).

(2) A 2005 Ford F150, *see* Exhibit B to ITOCHU and Medsurg's

Motion.

(3) A 2007 Ford F150, see Exhibit C to ITOCHU and Medsurg's Motion.

(4) A 2007 Mercedes Benz SL550, see Exhibit D to ITOCHU and Medsurg's Motion.

(5) A 2007 BMW 750Li, see Exhibit E to ITOCHU and Medsurg's Motion.

(6) A 2007 Cadillac Escalade, see Exhibit F to ITOCHU and Medsurg's Motion.

(7) A 2012 Audi A8, see Exhibit G to ITOCHU and Medsurg's Motion.

It is FURTHER ORDERED that, immediately upon entry of this Order, ITOCHU International, Inc. shall be entitled to collect the money obligated to it pursuant to the bond entered on January 27, 2014, between Dr. John Bennett and Nance DiRocco as principals and International Fidelity Insurance Company as surety in the full amount of $87,236.00.

It is FURTHER ORDERED that, immediately upon entry of this Order, ITOCHU International, Inc. shall be permitted to direct the United States marshal to take manual possession of - and Dr. John Bennett shall surrender possession of - the 2012 Audi A8. See Exhibit G to ITOCHU and Medsurg's Motion.

Further, Dr. John Bennett is DIRECTED to submit to the

Court, within fifteen (15) days of entry of this Order, supplemental evidence regarding title to the 2006 Cadillac Escalade, see Exhibit J to ITOCHU and Medsurg's Motion.[5] ITOCHU and Medsurg shall submit their reply, if any, within fourteen (14) days of Dr. Bennett's submission.

BY THE COURT:

_____
J. CURTIS JOYNER, J.

---

[5] This evidence should address whether and when title of the vehicle passed from Dr. Bennett to Mr. Perna, as well as any other issues Dr. Bennett deems relevant. It may be accompanied by a brief memorandum of law.