```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ITOCHU INTERNATIONAL, INC.,        :
                                   :   CIVIL ACTION
                    Plaintiff,     :
                                   :   No. 09-cv-4123
     v.                            :
                                   :   CONSOLIDATED WITH
DEVON ROBOTICS, LLC, ET. AL.,      :
                                   :   No. 09-cv-1819
                    Defendants.    :
```

### ORDER

AND NOW, this 8th day of October, 2014, upon consideration of Defendants' Motion to Quash the Subpoenas Issued by ITOCHU International, Inc. (Doc. No. 268), and ITOCHU's Opposition thereto (Doc. No. 271), it is hereby ORDERED that the Motion is DENIED.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER, J.

1